UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-00423 ADS                              Date:  May 6, 2025

Title:  *William J. Jones v. Experian Information Solutions, Inc.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

On March 5, 2025, Plaintiff William J. Jones filed a Complaint. (Dkt. No. 1.) Defendant Experian Information Solution, Inc.'s deadline to file a responsive pleading to the Complaint was March 28, 2025. To date, no responsive pleading has been filed, and Plaintiff has not requested entry of default.

Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of prosecution. Plaintiff must file a written response no later than **May 13, 2025**. Plaintiff may file a request to the clerk to enter default in response to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order may result in dismissal of the action**.

**IT IS SO ORDERED.**

Initials of Clerk kh