**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd., Ste. 301
Sherman Oaks, CA 91602
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com
Attorneys for Plaintiff
WILLIAM J. JONES,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JONES,<br><br>       Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant(s), | Case No.: 8:25-cv-00423-ADS<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, WILLIAM J. JONES, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible

1  and Plaintiff anticipates filing a Fed. R. Civ. P. 41 stipulation to dismiss, with
2  prejudice, within sixty (60) days.
3
4
5                                          RESPECTFULLY SUBMITTED,
6  Dated: May 14, 2025                     **MARTIN & BONTRAGER, APC**
7
8                                          By: /s/ G. Thomas Martin, III
9                                          G. Thomas Martin, III
10                                         *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.