**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
4419 Van Nuys Blvd., Ste. 301
Sherman Oaks, CA 91403
T: (323) 940-1700
F: (510) 570-3815
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
WILLIAM J. JONES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. JONES, <br><br> Plaintiff, <br><br> vs. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant(s). | Case No.: 8:25-cv-00423-ADS <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES Plaintiff, WILLIAM J. JONES ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *with* prejudice.

1
2                                                    RESPECTFULLY SUBMITTED,
3     Dated: May 15, 2025                            **MARTIN & BONTRAGER, APC**
4
5                                                    By: /s/ G. Thomas Martin, III
6                                                         G. Thomas Martin, III
7                                                         *Attorney for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

                                      By: /s/ G. Thomas Martin, III
                                          G. Thomas Martin, III, Esq.